# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>STEPHEN RAY AFTERBUFFALO,<br><br>                          Defendant. | CR-15-55-GF-BMM<br><br>**ORDER** |

Defendant Steven Ray Afterbuffalo has moved for early termination of his current term of supervised release. (Doc. 46.) The Government opposes the motion. (Doc. 49.) The Court conducted a hearing on the motion on March 18, 2019. The Court determined that it would grant Afterbuffalo's Motion if Afterbuffalo could continue to comply with his supervised release conditions until May 20, 2019. The Court accordingly withheld issuing a final order. For the reasons below, the Court will grant Afterbuffalo's motion.

Afterbuffalo pleaded guilty to Conspiracy to Possess with Intent to Distribute Methamphetamine. The Court sentenced Afterbuffalo to 30 months imprisonment followed by 3 years of supervised release. Afterbuffalo's supervised release commenced on November 20, 2017. Afterbuffalo has completed approximately 16 months of his supervised release.

Federal law authorizes a defendant to move for termination of his supervised release after successfully completing one year if the Court is satisfied that such

action remains "warranted by the conduct of the defendant and the interests of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court determined at the hearing that Afterbuffalo's motion would be granted if no violations occurred between the date of the hearing and May 20, 2019. (Doc. 50.) The record reflects that Afterbuffalo has complied with his supervision conditions and no subsequent violations have occurred since the March 18, 2019, hearing. Afterbuffalo has demonstrated that he is able to conform his conduct to the law. Afterbuffalo has obtained steady employment and has changed his lifestyle to address the Court's obligations. Afterbuffalo does not pose a threat to the community. The factors in 18 U.S.C. § 3553 support an early termination of supervised release.

Accordingly, **IT IS ORDERED**:

1. Defendant's Motion for Early Termination of Supervised Release (Doc. 46) is **GRANTED**.

DATED this 22nd day of May, 2019.

Brian Morris
United States District Court Judge